IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER,**                                                                                            **PLAINTIFF**
**#650936**

VS.                                                    **4:22-cv-00641-BRW**

**CRAIG, Lieutenant,**
**Jefferson County Sheriff's Office;** *et al.*                                                          **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. In the future, dismissal of this lawsuit should count as a strike under 28 U.S.C. § 1915(g).[1] And, I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this <u>5th</u> day of October 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Title 28 U.S.C. § 1915(g) provides: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

[2] 28 U.S.C. § 1915(a)(3).