IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION

**CARLOS RAY FRAZIER,**  **PLAINTIFF**
**#650936**

VS.  **4:22-cv-00641-BRW**

**CRAIG, Lieutenant,**
**Jefferson County Sheriff's Office;** *et al.*  **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 5th day of October 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1]  28 U.S.C. § 1915(a)(3).

1